# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PRIORITY HEALTHCARE**
**DISTRIBUTION, INC.,**

                **Plaintiff,**

-vs-                                                                                  Case No.  6:10-cv-636-Orl-31GJK

**THE EYE CENTER GROUP, LLC,**

                **Defendant.**

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 10) filed September 15, 2010.

On November 1, 2011, the United States Magistrate Judge issued a report (Doc. No. 11) recommending that the motion be granted and damages be awarded to Plaintiff in the amount requested in the motion . No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is GRANTED.

     3.     The clerk is directed to enter judgment in favor of Plaintiff Priority Healthcare Distribution, Inc. and against Defendant The Eye Center Group, LLC, in the total amount of $163,628.89, plus pre-judgment interest in the amount of $25,982.18 and post-judgment interest at the legal rate from the date of judgment.  The clerk is thereafter directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 18th day of November, 2010.

                                                              GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party